JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120



Attorney for Defendant
ANNE WINTON-BYNES

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR-97-00149 |
| | ) **CV-04-00033** |
| Plaintiff, | ) STIPULATION AND ORDER TO |
| | ) VACATE CONVICTION AND |
| vs. | ) SENTENCE |
| | ) |
| ANNE WINTON-BYNES, | ) |
| | ) |
| Defendant. | ) |

### STIPULATION AND ORDER TO VACATE CONVICTION AND SENTENCE

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the judgment of conviction in this matter be vacated as a result of the Ninth Circuit decision in United States v. Cabaccang, 332 F.3d 622 (9th Cir. 2003). It is the intent of the parties that Ms.

Winton-Bynes' conviction and sentence be rendered null and void based on the rationale set forth in the Petition for Writ of Error Coram Nobis and the Answer filed in response thereto.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, September 27, 2004.

*[signature]*
RICHARD P. ARENS
Attorney for Defendant
ANNE WINTON-BYNES

*[signature]*
FREDERICK A. BLACK
Attorney for Plaintiff
UNITED STATES OF AMERICA

IT IS APPROVED AND SO ORDERED that the judgment of conviction in this case be vacated.

DATED: Hagatna, Guam, Sept. 27, 2004

*[signature]*
The Honorable DAVID C. BURY
Designated Judge
District of Guam

Notice is hereby given that this document was entered on the docket on 9-28-04.
No separate notice of entry on the docket will be issued by this Court.

Mary L. M. Moran
Clerk, District Court of Guam

By: *[signature]* Marilyn P. Alcon
Deputy Clerk         Date

RECEIVED
SEP 27 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM

2

## CERTIFICATE OF SERVICE

I, RENATE DOEHL, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on September 27, 2004:

FREDERICK A. BLACK
Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA


DATED: Mongmong, Guam, September 27, 2004.

RENATE DOEHL
Legal Secretary to

RICHARD P. ARENS
Attorney for Defendant
ANNE WINTON-BYNES